AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Maryland

FILED
LODGED    ENTERED
RECEIVED

JUN 09 2026

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>**LORENZO TURNER**<br>**A/K/A LARENZO TURNER**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  1:26-mj-01429-CJC

Case: 1:26-mj-00098
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 6/10/2026
Description: ARREST RULE (5)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     **LORENZO TURNER**                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1591 (sex trafficking of children)

Date:  June 9, 2026

_____
Issuing officer's signature

City and state:    Baltimore, Maryland

Chelsea J. Crawford, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 6/9/2026 , and the person was arrested on *(date)* 6/10/26<br>at *(city and state)*  DC<br><br>Date: 6/10/2026                                         _____<br>                                                          *Arresting officer's signature*<br><br>                                                          Trejo  DUSM<br>                                                          *Printed name and title* |